JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roberto Barajas, | No.    CV 15-3225 PA (Ex) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| United States of America Corporation, et al., | |
| Defendants. | |

In accordance with the Court's June 9, 2015 Minute Order dismissing the Complaint filed by plaintiff Roberto Barajas without leave to amend and dismissing the action without prejudice;

It is therefore now ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

DATED: June 9, 2015

**JS-6**

_____
Percy Anderson
United States District Judge